

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| v. | * CRIMINAL NO. PWG-13-0445 |
| ANTHONY AKRAH MORRIS, | * |
| Defendant | * |

*******

## VERDICT FORM

### COUNT ONE

1. How do you find the defendant, Anthony Akrah Morris, as to Count One of the Indictment (Conspiracy to Interfere with Interstate Commerce by Robbery), guilty or not guilty?

   Guilty: __X__    Not Guilty: _____

### COUNT TWO

2. How do you find the defendant, Anthony Akrah Morris, as to Count Two of the Indictment (Interference with Interstate Commerce by Robbery), guilty or not guilty?

   Guilty: __X__    Not Guilty: _____

### COUNT THREE

If you have found the defendant guilty of Count Two, please consider this count. If you have found the defendant not guilty of Count Two, you *must* find him not guilty of Count Three.

3. How do you find the defendant, Anthony Akrah Morris, as to Count Three of the Indictment (Use, Carry, Brandish a Firearm During and In Relation to a Crime of Violence), guilty or not guilty?

   Guilty: __X__    Not Guilty: _____

a. If you have found the defendant guilty of Count Three, please indicate whether you find the defendant brandished the firearm. If you have found the defendant not guilty of Count Three, you *must* find he did not brandish the firearm.

Yes: __X__   No: _____

### COUNT FOUR

4. How do you find the defendant, Anthony Akrah Morris, as to Count Four of the Indictment (Interference with Interstate Commerce by Robbery), guilty or not guilty?

Guilty: __X__   Not Guilty: _____

### COUNT FIVE

If you have found the defendant guilty of Count Four, please consider this count. If you have found the defendant not guilty of Count Four, you *must* find him not guilty of Count Five.

5. How do you find the defendant, Anthony Akrah Morris, as to Count Five of the Indictment (Use, Carry, Brandish a Firearm During and In Relation to a Crime of Violence), guilty or not guilty?

Guilty: __X__   Not Guilty: _____

a. If you have found the defendant guilty of Count Five, please indicate whether you find the defendant brandished the firearm. If you have found the defendant not guilty of Count Five, you *must* find he did not brandish the firearm.

Yes: __X__   No: _____

**The foregoing constitutes the unanimous verdict of the jury.**

__9/16/2014__
Date

**REDACTED SIGNATURE**