FILED: January 26, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 15-4038

(8:13-cr-00445-PWG-1)

_____

UNITED STATES OF AMERICA

       Plaintiff - Appellee

v.

ANTHONY AKRAH MORRIS

       Defendant - Appellant

---

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the District of Maryland at Greenbelt |
| Originating Case Number | 8:13-cr-00445-PWG-1 |
| Date notice of appeal filed in originating court: | 01/22/2015 |
| Appellant (s) | Anthony Akrah Morris |
| Appellate Case Number | 15-4038 |
| Case Manager | Taline A. Fischer<br>804-916-2704 |