## OFFICE OF THE FEDERAL PUBLIC DEFENDER
## DISTRICT OF MARYLAND
SOUTHERN DIVISION
6411 IVY LANE, SUITE 710
GREENBELT, MARYLAND 20770
TEL: (301) 344-0600
FAX: (301) 344-0019

JAMES WYDA  
FEDERAL PUBLIC DEFENDER

PARESH S. PATEL  
ASSISTANT FEDERAL PUBLIC DEFENDER

July 31, 2019

The Honorable Paul W. Grimm  
United States Courthouse  
6500 Cherrywood Lane  
Greenbelt, Maryland 20770

Re: *United States v. Anthony Akrah Morris*, PWG-13-0445

Dear Judge Grimm:

Undersigned counsel is writing to provide a status report on Mr. Morris's pending 28 U.S.C. § 2255 motion (ECF 91). In his motion, Mr. Morris is challenging the validity of his convictions for use of a firearm during and in relation to a "crime of violence" in violation of 18 U.S.C. § 924(c). Specifically, he argues that the "crime of violence" element cannot be satisfied because the § 924(c)(3)(B) residual clause in unconstitutionally void, as the Supreme Court recently held in *United States v. Davis*, __ U.S.__, 139 S. Ct. 2319 (June 24, 2019). Counsel plans on filing a supplement in Mr. Morris's case, but it will not likely be complete for a few months because counsel is also in the process of filing *Davis* supplements in well over 100 (emergency and non-emergency) cases. Thank you.

Sincerely,

/s/  
Paresh S. Patel  
Assistant Federal Public Defender

cc: David I. Salem  
Assistant United States Attorney